[No. 38947-9-II.  Division Two.  June 8, 2010.]

RICHARD LINDEMAN ET AL., *Appellants*, v. KELSO SCHOOL DISTRICT NO. 458, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-2-00419-6, Stephen M. Warning, J., entered April 9, 2008. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 27288-5-III.  Division Three.  June 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT MICHAEL TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-01200-5, Cameron Mitchell, J., entered July 3, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 27804-2-III.  Division Three.  June 8, 2010.]

FIRST PACIFIC PROPERTIES, INC., *Respondent*, v. NILKANTH, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-2-02437-1, Jerome J. Leveque, J., entered January 6, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.

[Nos. 27757-7-III; 27758-5-III.  Division Three.  June 10, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL R. EPLEY, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 07-1-04535-1, Tari S. Eitzen, J., entered December 23, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.